FILED
OCT 21 2015
DAVID CREWS, CLERK
BY_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO: 1:15CR123

STANLEY CORDELL THOMPSON              21 U.S.C. § 841
JIMMY REED THOMPSON, JR.               21 U.S.C. § 846

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**Conspiracy to Distribute Cocaine**
**21 U.S.C. § 846**

Beginning at a date unknown, but on or about January 2014, and continuing until September 2014, in the Northern District of Mississippi and elsewhere, the defendants, STANLEY CORDELL THOMPSON and JIMMY REED THOMPSON, JR., did knowingly and willfully combine, conspire, and agree with each other, and persons both known and unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(b)(1)(C) and 846.

### COUNT TWO

On or about April 10, 2014, in the Northern District of Mississippi, the defendant STANLEY CORDELL THOMPSON did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT THREE

On or about April 15, 2014, in the Northern District of Mississippi, the defendants STANLEY CORDELL THOMPSON and JIMMY REED THOMPSON, JR., being aided and abetted each by the other, together with others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT FOUR

On or about May 7, 2014, in the Northern District of Mississippi, the defendant STANLEY CORDELL THOMPSON did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as classified by Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT FIVE

On or about June 5, 2014, in the Northern District of Mississippi, the defendants STANLEY CORDELL THOMPSON and JIMMY REED THOMPSON, JR., being aided and abetted each by the other, together with others known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance as classified by Title 21, United

States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## Forfeiture Provision

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846 and/or Section 841, the defendants, STANLEY CORDELL THOMPSON and JIMMY REED THOMPSON, JR., shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

If any such property, as a result of any act or omission of the defendant[s]:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Section 853(p) as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

The United States further reserves its right to seek forfeiture in the form of a money judgment against any of the defendants named herein in an amount equal to the illegal proceeds obtained by the defendants as result of the violations specified in this Indictment.

**A TRUE BILL**

_____  
**UNITED STATES ATTORNEY**

/s/ Signature Redacted  
**FOREPERSON**